

**MINUTE ENTRY**
**DUVAL, J.**
**March 30, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARIO MCKINLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-280** |
| **WARDEN JOE NULL, ET AL.** | **SECTION "K"(3)** |

A Motion to Amend Complaint in Form of Habeas Corpus was filed by Mario McKinley; however, the Court has already treated his initial filing as a habeas petition. Because plaintiff has not presented a habeas claim to the Louisiana Supreme Court, the Court dismissed the petition as interpreted as a § 2254 petition without prejudice for McKinley's failure to exhaust. Accordingly,

**IT IS ORDERED** the Motion to Amend is **DENIED** as **MOOT**.

