UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY                           CIVIL ACTION

VERSUS                                    NO. 00-0280

WARDEN JOE NULL, ET AL              SEC."K" (3)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 2254 claims be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30TH day of MARCH, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 3 0 2000