

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY                                    CIVIL ACTION

VERSUS                                            NO. 00-0280

WARDEN JOE NULL, ET AL                            SEC."K" (3)

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, Warden Joe Null, Lt. Tanner, and Classification at the Terrebonne Parish Criminal Justice Complex, and against plaintiff, Mario McKinley, dismissing plaintiff's Section 2254 claims without prejudice and dismissing plaintiff's Section 1983 claims with prejudice.

New Orleans, Louisiana, this 30th day of MARCH, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 30 2000