UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO McKINLEY

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED APR 10 2000
LORETTA G. WHYTE
Clerk

C.R. No. 00-280

VERSUS

SECTION Y(3)

WARDEN JOE NULL, ET AL.

## NOTICE OF APPEAL

Now, Into Court comes pla pro se To demonstrate That Due Process, is denied if a prisoner is not released on Time as a result of "Deliberate Indifference," To erroneous confinement, also confinement, also constitutes cruel, and unusual punishment. ONE thing That Is clear is That "prison, and Jail official, have notice of The error And, They are To be held responsible For it under The Due Process "clause. ON That point held That The great importance of pla in "liberty" Requires That To The extent possible The inmate be afforded prede-privation process.

That The responsible official Must, promptly refer doubtful issues To someone Trained in The law, authority To resolve The Controversy. Here are all The Following Reasons by law, That pla should, and will demonstrate That a difference, in treatment bears a rational, relationship To a leg government Purpose, Intermediate, or heightened scrutiny, discrimination, Based on gender, or illegitimacy officials, practices are substantially, related To The achievement, of important, governmental objectives.

1. The petitioner contends That he was violated of his 13th Amendment right, By WARDEN JOE NULL, Classification Lt. Saul Tanner

Prohibits slavery, and involuntary servitude, or being "unjustly confine.

2. The petitioner contends That he was violated of his (5th, 14th,) Amendment rights By WARDEN JOE Nutt, Lt. Saul Tanner, of Procedural "Due Process" Deprived of liberty, And The deprivation was without "Due Process" of law.

ON, sept. 3, 1998 pla was arrested on Probation violation Pla. was, on Feb 4, 1999 pla was release on a "25,000 dollar" Recon-Bond." Probation was revoke on march 11, 1999 Judge stated For The record and also probation of Ricex "credit For Time serve" sept. 3, 1999 pla should have been release, "only serve 2 yrs"

Pla, may ask This honorable appeals court To Take The "appropriate" action To Force The defendants To Submit The "appropriate" court, min. and Transcript of Probation hearing on march 11, 1999

April 4, 2000                                    Respectfully submitted

                                                x Mario McKinley #125053